# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SCOTT RICHARD REYNOLDS** and **SRR FORTRESS CAPITAL, LCC,**
Appellants,

v.

**SPARTAN SECURITIES GROUP, LTD, AXOS CLEARING LLC,** and
**GREGORY GARRABRANTS,**
Appellees.

No. 4D22-169

[December 8, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Janis Brustares Keyser, Judge; L.T. Case No. 50-2021-CA-006931-MB.

Lorne E. Berkeley of Daniels, Rodriguez, Berkeley Daniels & Cruz, P.A., Coral Gables, and Adam C. Ford of Ford O'Brien Landy LLP, New York, New York, for appellants.

Martin D. Katz and Polly Towill of Sheppard Mullin, Richter & Hampton LLP, Los Angeles, California, and Karin Dougan Vogel of Sheppard Mullin, Richter & Hampton LLP, San Diego, California, for appellees Axos Clearing LLC and Gregory Garrabrants; Amy Wessel Jones, Patricia A. Leonard and Ella A. Shenhav of Shutts & Bowen LLP, West Palm Beach, for appellees Spartan Securities Group, Ltd.; and Jeannine Cline Jacobson of Maynard, Cooper & Gale, P.C., Miami, for appellees Axos Clearing LLC and Gregory Garrabrants.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***